Defendant and his sister *(People v Luann R.,* 119 AD2d 992) became involved with drugs when their mother invited the son of a close friend into their home in a misguided attempt to change his drug-related life-style through the good influence of her children. Unfortunately, the influence was in the opposite direction, ultimately resulting in the conviction of both of her children for the sale of controlled substances.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUANN R., Appellant.—Judgment unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence imposed to a term of five years' probation, and otherwise judgment affirmed and matter remitted to Supreme Court, Erie County, to fix the conditions of probation pursuant to Penal Law § 65.10. Same memorandum as in *People v John R.* (119 AD2d 991). (Appeal from judgment of Supreme Court, Erie County, Flynn, J.—criminal sale of controlled substance, fifth degree.) Present—Callahan, J. P., Doerr, Denman, Green and O'Donnell, JJ.